WORTH, INC., v. WORTH APPAREL CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on October 8, 1926, and stay continued for ten days. Present — Clarke, P. J., Dowling, Merell, Finch and McAvoy, JJ.

THE CONTINENTAL INSURANCE COMPANY and Another v. THE EQUITABLE TRUST COMPANY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before October 5, 1926. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JOSEPH GOROS v. FREDERICK PIRK, JR., and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LOUIS EDELHOCH v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY.— Application granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ANTONIO MAIORANA v. NEW YORK LIFE INSURANCE COMPANY.— Application granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HERMAN ZENKER v. MOYSES & SONS, INC.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

IRVING JONAS v. ANTON VOYT.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ST. REGIS RESTAURANT, INC., v. AUGUSTIN J. POWERS.— Application granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CLAIR WEINER v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

I. MILLER & SONS, INC., v. ISIDOR H. RUSSEK.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JAMES A. ALLEN, as Receiver of the Property of KATHERINE A. MCARDLE, v. JOHN J. MEENAN, INC.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

B. A. WECHSLER CO. v. MAX G. COHEN.— Application granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

IRA S. BUSHEY & SONS, INC., v. THE HOME INSURANCE COMPANY.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THOMAS KELLY v. JACOB WANETICK.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HARRY COOK v. MORRIS BERGER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

ROSE ZIESLER v. SAMUEL FEINSTEIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

In the Matter of the Application of SUSQUEHANNA SILK MILLS, re Arbitration between Petitioner and FAIR WAIST & DRESS CO., INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.